PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

**FILED**

Apr 24 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-mj-70474 MAG |
| Plaintiff, | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| VICTOR ALFONSO PEREZ-GUILLEN, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

that on or about April 23, 2025, the above-named defendant was arrested pursuant to an arrest warrant

(copy attached) issued upon an

    X     Superseding Indictment

    □     Information

    □     Criminal Complaint

    □     Other (describe) _____

pending in the Southern District of California, Case Number 25-CR-0941-H.

In that case (copy of the superseding indictment attached), the defendant is charged with a

violation of Title 18, United States Code, Section 2252(a)(1) (Transportation of Child Pornography);

v. 7/10/2018

and Title 18, United States Code, Section 2252(a)(4)(B) (Possession of Child Pornography).

The defendant is charged in a two-count Superseding Indictment charging that from a time unknown through on or about June 22, 2023, the defendant transported child pornography from Mexico into the United States (Count One) and possessed child pornography (Count Two).

The maximum penalties are as follows:

Count One (Transportation of Child Pornography)

- Maximum term of imprisonment: twenty years;
- Minimum term of imprisonment: five years;
- Maximum term of supervised release: life;
- Maximum assessment: $17,000;
- Forfeiture;
- Restitution.

Count Two (Possession of Child Pornography)

- Maximum term of imprisonment: ten years;
- Minimum term of supervised release: five years;
- Maximum term of supervised release: life;
- Mandatory special assessment: $5,100;
- Forfeiture;
- Restitution.


Date: April 23, 2025                                  Respectfully Submitted,

                                                     PATRICK D. ROBBINS
                                                     Acting UNITED STATES ATTORNEY


                                                     _____/s_____
                                                     SAILAJA M. PAIDIPATY
                                                     Assistant United States Attorney

AO 442

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Victor Alfonso Perez-Guillen

**WARRANT FOR ARREST**

**Case Number:**    25-CR-941-H

## NOT FOR PUBLIC VIEW

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Victor Alfonso Perez-Guillen

                                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
                                                                                                                       ☐ Pretrial Violation

charging him or her with  (brief description of offense):
18:2252(a)(1) - Transportation of Images of Minors Engaged in Sexually Explicit Conduct
18:2252(a)(4)(B) - Possession of Images of Minors Engaged in Sexually Explicit Conduct
18:2253 - Criminal Forfeiture

In violation of Title____  See Above____    United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ Y. Coss
Signature of Deputy

4/2/2025 San Diego, CA.
Date and Location

Bail fixed at $ _____

by        The Honorable Mitchell D. Dembin
                        Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ | | |
| DATE RECEIVED  DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

QC: SJT



**FILED**

Apr 02 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/YC          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2023 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 25CR0941-H |
|---|---|
| Plaintiff, | I N D I C T M E N T<br>**(Superseding)** |
| v. | |
| VICTOR ALFONSO PEREZ-GUILLEN, | Title 18, U.S.C., Sec.<br>2252(a)(1) – Transportation of<br>Images of Minors Engaged in<br>Sexually Explicit Conduct; Title<br>18, U.S.C., Sec. 2252(a)(4)(B) –<br>Possession of Images of Minors<br>Engaged in Sexually Explicit<br>Conduct; Title 18, U.S.C., Sec.<br>2253 – Criminal Forfeiture |
| Defendant. | |

The grand jury charges:

## Count 1

On or about June 22, 2023, within the Southern District of California, defendant VICTOR ALFONSO PEREZ-GUILLEN, did knowingly transport a visual depiction in foreign commerce, that is, from Mexico into the United States, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction was of such conduct; all in violation of Title 18, United States Code, Section 2252(a)(1).

//

ALBR:cms:San Diego:4/1/25

Count 2

From a time unknown through on or about June 22, 2023, within the Southern District of California, defendant VICTOR ALFONSO PEREZ-GUILLEN, did knowingly possess at least one matter which contained a visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which had been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a prepubescent minor and a minor who had not attained 12 years of age engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

FORFEITURE ALLEGATIONS

1.    The allegations contained in Counts 1 and 2 of this Indictment are re-alleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2.    Upon conviction of one and more of the offenses alleged in Counts 1 and 2, which allege violations of Title 18, United States Code, Section 2252, defendant VICTOR ALFONSO PEREZ-GUILLEN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a) all his interest in: any visual depiction which was produced, transported, mailed, shipped, or received in violation of law; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real and

2

1  personal, used or intended to be used to commit or to promote the

2  commission of such offenses and any property traceable to such property.

3      3.    If any of the forfeitable property described above in

4  Paragraph 2, as a result of any act or omission of the defendant:

5              a.    cannot be located upon the exercise of due diligence;

6              b.    has been transferred or sold to, or deposited with, a

7                    third party;

8              c.    has been placed beyond the jurisdiction of the Court;

9              d.    has been substantially diminished in value; or

10             e.    has been commingled with other property which cannot be

11                   subdivided without difficulty;

12 it is the intent of the United States, pursuant to Title 21, United

13 States Code, Section 853(p), as incorporated by Title 18, United States

14 Code, Section 2253(b), to seek forfeiture of any other property of the

15 defendant up to the value of the forfeitable property described above

16 in Paragraph 2.

17 All pursuant to Title 18, United States Code, Section 2253.

18      DATED: April 2, 2025.

19

20

21

22 ANDREW R. HADEN
   Acting United States Attorney
23

24 By:  *Amy L. Brammell*
        AMY L. BRAMMELL
25      Assistant U.S. Attorney

26

27

28

I hereby attest and certify on  Apr 02, 2025  that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By:  s/ Y. Coss
       Deputy

3